IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN HENSLER,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

CIVIL ACTION
NO. 18-3051

## ORDER

**AND NOW**, this 14th day of February 2019, upon consideration of the Motion of Plaintiff, Karen Hensler, to Remand Case to the Court of Common Pleas of Philadelphia County, Pennsylvania (Doc. No. 7), Defendant's Response in Opposition to Plaintiff's Motion to Remand (Doc. No. 9), the arguments of counsel for the parties at the October 25, 2018 hearing, and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that:

1. The Motion of Plaintiff, Karen Hensler, to Remand Case to the Court of Common Pleas of Philadelphia County, Pennsylvania (Doc. No. 7) is **GRANTED**.

2. The Clerk of Court shall remand this case to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.